UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
STEPHEN CARACAPPA

-V-

UNITED STATES OF AMERICA
------------------------------------------------X

**CV11-4921**

ORDER

The court shall treat the letter dated September 18, 2011, as a petition for a writ of habeas corpus and file without prepayment of fees. This letter shall be deemed a complaint, which may be amended within 60 days.

WEINSTEIN, J.

_____
JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

DATED: 9/30/11