FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 3 1 2013 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
STEPHEN CARACAPPA

          ORDER
v           CV11-4921

UNITED STATES OF AMERICA
-------------------------------------------------X

**Jack B. Weinstein, Senior United States District Judge**

The movant, having expressed her intention not to appeal, the Magistrate's Report and Recommendation is adopted. Resubmit the application of counsel with this order and the Report and Recommendation of the Magistrate Judge.

SO ORDERED

JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

Dated: 7/30/13

